

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-24-00401-CR
### No. 10-24-00402-CR

**CARL RANDALL ROPOLLO,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 82nd District Court
### Falls County, Texas
### Trial Court Nos. 11330 and 11331

_____

## MEMORANDUM  OPINION

_____

On December 18, 2024, Carl Ropollo filed a notice of appeal from the trial court's judgment of conviction in each of these cases.  Sentence was imposed in each case on March 14, 2024.  Ropollo's notices of appeal are therefore untimely, and we have no jurisdiction of an untimely appeal.  *See* TEX. R. APP. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely).  For the reasons stated, these appeals are dismissed.

Notwithstanding that we are dismissing these appeals, Ropollo may file a motion for rehearing with this Court within fifteen days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If Ropollo desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* R. 68.2(a).

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed December 30, 2024
Do not publish
[CR25]

